# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTY COOPER**                                                                 **PLAINTIFF**

**VS.**                   **CASE NO. 4:22-CV-00988 ERE**

**KILOLO KIJAKAZI**                                                               **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 15)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE