# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTY COOPER**                                                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 4:22-CV-00988 ERE**

**KILOLO KIJAKAZI**                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE